Michael J. Aguirre, Esq., SBN 060402
Maria C. Severson, Esq., SBN 173967
AGUIRRE & SEVERSON, LLP
501 West Broadway, Suite 1050
San Diego, CA 92101
Telephone: (619) 876-5364
Facsimile: (619) 876-5368

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX CANNARA, an individual; GENE A. NELSON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF WATER RESOURCES DIRECTOR KARLA NEMETH; et al. <br><br> Defendants. | Case No. 3:19-cv-04171-JCS <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I, Maria C. Severson, enter my appearance as counsel for Plaintiffs in the above-captioned case pursuant to CivLR 5-1(c)(2)(A).

    I certify that I am admitted to practice in this court or authorized to practice

                       AGUIRRE & SEVERSON, LLP

Dated: July 20, 2019            */s/ Maria C. Severson*
                                  Maria C. Severson
                                  Attorneys for Plaintiffs