1  AROCLES AGUILAR, SBN 94753
CHRISTINE JUN HAMMOND, SBN 206768
2  CHRISTOFER C. NOLAN, SBN 229542
California Public Utilities Commission
3  505 Van Ness Avenue
San Francisco, CA  94102
4  Telephone:  (415) 696-7303
Facsimile:  (415) 703-4592
5  christofer.nolan@cpuc.ca.gov
6
7  Attorneys for the California Public Utilities Commission and
Marybel Batjer, Liane Randolph, Martha Guzman Aceves,
8  Genevieve Shiroma, and Clifford Rechtschaffen,
in their official capacities as Commissioners
9  of the California Public Utilities Commission

10

11              **UNITED STATES DISTRICT COURT**

12        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13                 **SAN FRANCISCO DIVISION**

14

15  ALEX CANNARA, et. al.,                Case No. 3:19-cv-04171-EMC

16                                        **STIPULATION TO EXTEND TIME**
                        Plaintiffs,       **FOR DEFENDANTS TO FILE**
                                          **RESPONSIVE PLEADINGS;**
17         vs.                            **[PROPOSED]̶ ORDER**

18  CALIFORNIA DEPARTMENT OF WATER
RESOURCES DIRECTOR KARLA
19  NEMETH; et al.,                       Hearing Date:
                                          Time:
20                                        Courtroom:
                        Defendant.        Judge:        Hon. Edward M. Chen
21

22

23

24

25

26

27

28

1

**STIPULATION**

2

Defendants California Public Utilities Commission and Commissioners Marybel

3

Batjer, Liane Randolph, Martha Guzman Aceves, Genevieve Shiroma, and Clifford

4

Rechtschaffen, in their official capacities; and Defendants California Department of Water

5

Resources and its Director, Karla Nemeth, in her official capacity; the California

6

Department of Finance and its Director, Keely Bosler, in her official capacity; California

7

State Controller Betty Yee, in her official capacity; and California State Treasurer Fiona Ma,

8

in her official capacity ("DEFENDANTS"), on the one hand, and Plaintiffs Alex Cannara

9

and Gene A. Nelson ("PLAINTIFFS"), on the other hand, hereby stipulate and agree to

10

extend the time by 13 days for DEFENDANTS to file responsive pleadings to address the

11

Complaint for Declaratory and Injunctive Relief in Case No. 3:19-cv-04171-EMC

12

("STIPULATION"). The parties further stipulate and agree to allow PLAINTIFFS to have

13

27 days from the date DEFENDANTS file their responsive pleadings to file any oppositions

14

or other responsive pleadings.

15

The parties to this action, through their respective counsel, hereby agree and stipulate

16

to the following:

17

WHEREAS, pursuant to the Court's Order from a previous motion, the current

18

deadline for DEFENDANTS to file responsive pleadings in Case No. 3:19-cv-04171-EMC

19

is **September 13, 2019**;

20

WHEREAS, DEFENDANTS and PLAINTIFFS agree that DEFENDANTS will now

21

have until **September 26, 2019** to file any responsive pleadings;

22

WHEREAS, DEFENDANTS and PLAINTIFFS agree that PLAINTIFFS will have

23

until **October 24, 2019** to file any oppositions or other responsive pleadings;

24

WHEREAS, any reply by Defendants would be due on **October 31, 2019**, which

25

would leave the Court 14 days to consider the pleadings from the time of the reply brief to

26

the date the parties propose for the Court to hear the matter: **November 14, 2019**.

27

28

1    WHEREAS, DEFENDANTS and PLAINTIFFS agree that this STIPULATION need

2  not impact the current Case Management Conference currently scheduled for **October 17,**

3  **2019**, and will not affect any hearing or proceeding on the Court's calendar.

4    THEREFORE, the parties hereby STIPULATE that that DEFENDANTS will now

5  have until **September 26, 2019** to file any responsive pleadings, and PLAINTIFFS will have

6  until **October 24, 2019** to file any oppositions or other responsive pleadings. Any reply by

7  Defendants would be due on **October 31, 2019**, which would leave the Court 14 days to

8  consider the pleadings from the time of the reply brief to the date the parties propose for the

9  Court to hear the matter: **November 14, 2019**.

10

11  September 11, 2019          By:    /s/      *Christofer C. Nolan*
                                              CHRISTOFER C. NOLAN
12

13                          Attorneys for Defendants CALIFORNIA PUBLIC
                            UTILITIES COMMISSION AND ITS COMMISSIONERS
14

15                          By:    /s/      *Gabrielle D. Boutin*
                                              GABRIELLE D. BOUTIN
16

17                          Attorneys for Defendants CALIFORNIA DEPARTMENT OF
                            WATER RESOURCES AND ITS DIRECTOR, KARLA
18                          NEMETH, IN HER OFFICIAL CAPACITY; THE
                            CALIFORNIA DEPARTMENT OF FINANCE AND ITS
19                          DIRECTOR, KEELY BOSLER, IN HER OFFICIAL
                            CAPACITY; CALIFORNIA STATE CONTROLLER
20                          BETTY YEE, IN HER OFFICIAL CAPACITY; AND
                            CALIFORNIA STATE TREASURER FIONA MA, IN HER
21                          OFFICIAL CAPACITY
22

23

24                          By:    /s/      *Michael J. Aguirre*
                                              MICHAEL J. AGUIRRE
25

26                          Attorneys for Plaintiffs ALEX CANNARA AND GENE A.
                            NELSON
27

28

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS**
**Case No. 3:19-CV-04171-EMC**

1
2                                        **ORDER**

3
           PURSUANT TO STIPULATION, IT IS SO ORDERED.
4

5

6

7   Dated:    September 12, 2019        By:    _____
                                               EDWARD M. CHEN
8                                              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28