Michael J. Aguirre, Esq., SBN 060402
maguirre@amslawyers.com
Maria C. Severson, Esq., SBN 173967
mseverson@amslawyers.com
AGUIRRE & SEVERSON, LLP
501 West Broadway, Suite 1050
San Diego, CA 92101
Telephone: (619) 876-5364
Facsimile: (619) 876-5368

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX CANNARA, et al., | Case No. 3:19-cv-04171-JD |
| Plaintiffs, | **STIPULATION TO RESET HEARING DATE AND BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS; [PROPOSED] ORDER** |
| v. | |
| KARLA NEMETH, et al., | |
| Defendants. | |

## STIPULATION

Plaintiffs Alex Cannara and Gene A. Nelson ("PLAINTIFFS"), on the one hand, and Defendants California Public Utilities Commission and Commissioners Marybel Batjer, Liane Randolph, Martha Guzman Aceves, Genevieve Shiroma, and Clifford Rechtschaffen, in their official capacities; and Defendants California Department of Water Resources and its Director, Karla Nemeth, in her official capacity; the California Department of Finance and its Director, Keely Bosler, in her official capacity; California State Controller Betty Yee, in her official capacity; and California State Treasurer Fiona Ma, in her official capacity ("DEFENDANTS"), on the other hand, hereby stipulate and agree to a hearing date and briefing schedule for Defendants' filed motions to dismiss the Complaint for Declaratory and Injunctive

1

Relief, ECF Nos. 24, 26 ("STIPULATION").

The parties to this action, through their respective counsel, hereby agree and stipulate to the following:

WHEREAS, pursuant to a previous stipulation wherein Defendants requested a date of November 14, 2019 for hearing on their motions to dismiss the complaint, and the parties requested a briefing schedule relating thereto wherein Plaintiffs' Oppositions would be filed by October 24, 2019 and Defendants' Replies filed by October 31, 2019, the Court set the hearing and briefing as stipulated (ECF 23);

WHEREAS, on October 18, 2019, the Court reassigned the matter to the Honorable James Donato, vacated the pending hearing date, and advised the parties to renotice any matters set for hearing before Judge Donato (ECF 35);

WHEREAS, DEFENDANTS and PLAINTIFFS met and conferred and agree that Defendants' motions to dismiss (ECF 24 and ECF 26) be reset for hearing on December 12, 2019 at 10:00 a.m. in Courtroom 11, 19th Floor;

WHEREAS, DEFENDANTS and PLAINTIFFS further agree that Plaintiffs will have until November 7, 2019 to file any oppositions or other responsive pleadings to the motions;

WHEREAS, any reply by Defendants would be due on or before November 21, 2019, which would leave the Court 21 days to consider the pleadings from the time of the reply briefs to the date the parties propose for the Court to hear the matter: December 12, 2019.

**It is so stipulated.**

October 21, 2019        By:   */s/Christofer C. Nolan*
                              CHRISTOFER C. NOLAN

                              Attorneys for Defendants CALIFORNIA
                              PUBLIC UTILITIES COMMISSION AND
                              ITS COMMISSIONERS

By: */s/Gabrielle D. Boutin*
GABRIELLE D. BOUTIN

Attorneys for Defendants CALIFORNIA DEPARTMENT OF WATER RESOURCES AND ITS DIRECTOR, KARLA NEMETH, IN HER OFFICIAL CAPACITY; THE CALIFORNIA DEPARTMENT OF FINANCE AND ITS DIRECTOR, KEELY BOSLER, IN HER OFFICIAL CAPACITY; CALIFORNIA STATE CONTROLLER BETTY YEE, IN HER OFFICIAL CAPACITY; AND CALIFORNIA STATE TREASURER FIONA MA, IN HER OFFICIAL CAPACITY

By: */s/Maria C. Severson*
MARIA C. SEVERSON

Attorneys for Plaintiffs ALEX CANNARA AND GENE A. NELSON

**SIGNATURE ATTESTATION**

I hereby certify that authorization for the filing of this document has been obtained from each of the signatories shown above and that all signatories concur in the filing's content.

*/s/ Maria C. Severson, Esq.*
Maria C. Severson, Esq.
AGUIRRE & SEVERSON, LLP

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the parties' Stipulation to Reset Hearing Date and Briefing on Defendants' Motions to Dismiss is approved.  Unless they have already done so, Defendants shall timely re-file their notice of motion and motion with a new hearing date of December 12, 2019, at 10:00 a.m. in Courtroom 11.  Plaintiffs' opposition papers shall be filed no later than November 7, 2019. Defendants' reply papers, if any, shall be filed no later than November 21, 2019.

Dated: _____

Honorable James Donato<br>
United States District Judge