**FILED**

FEB 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| ALEX CANNARA, an individual; GENE A. NELSON, an individual,  Plaintiffs-Appellants,  v.  KARLA NEMETH, California Department of Water Resources Director; et al.,  Defendants-Appellees. | No. 20-16202  D.C. No. 3:19-cv-04171-JD Northern District of California, San Francisco  ORDER |
|---|---|

Before: MURGUIA, Chief Judge, and R. NELSON and FORREST, Circuit Judges.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote. Fed. R. App. P. 35. The panel unanimously votes to deny the petition for panel rehearing and for rehearing en banc. The petition for panel rehearing and rehearing en banc is DENIED.